UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.:  2:20-cv-08771-SVW-MAA                                                      Date:  December 7, 2020

Title:  Sean Jones v. T. Jury et al.

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:         Attorneys Present for Defendants:
N/A                                                             N/A

**Proceedings (In Chambers):**   Order to Show Cause Why the Petition Should Not Be Dismissed for Failure to Prosecute

On September 23, 2020, Petitioner Sean Jones ("Petitioner"), a federal inmate currently incarcerated at United States Penitentiary-Victorville, constructively filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Section 2241") ("Petition").  (Pet., ECF No. 1.) Alleging that prison guards falsified disciplinary charges, Petitioner challenges his conditions of confinement and denial of medical treatment, and seeks $500,000 in damages.  (*Id.* at 3–6.)

On September 30, 2020, the Court issued an order identifying several defects with the Petition:  (1) Petitioner appeared to challenge only his conditions of confinement rather than raising claims for federal habeas relief; (2) Petitioner failed to name the warden of his facility as Respondent, as required for personal jurisdiction over a Section 2241 petition; (3) Petitioner did not pay the $5 filing fee or submit an application to proceed *in forma pauperis*; and (4) Petitioner did not use Form CV-27, the required form for Section 2241 petitions filed in this District ("September 30 Order").  (Sept. 30, 2020 Or., ECF No. 3.)  The Court ordered Petitioner to file a response by October 30, 2020 and warned that failure to do so would result in a recommendation that the Petition be dismissed.  (*Id.* at 1, 3, 4, 5.)

To date, Petitioner has not responded to the September 30 Order as required.  Thus, Petitioner is **ORDERED TO SHOW CAUSE** by no later than **January 6, 2021** why the Court should not recommend that the case be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1, 41-6.

**Petitioner expressly is cautioned that failure to respond to this Order by January 6, 2021 will result in a recommendation that the Petition be dismissed without prejudice for**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:20-cv-08771-SVW-MAA                               Date:  December 7, 2020

Title:      Sean Jones v. T. Jury et al.

**failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.